```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Christopher Scott Riel

    v.

US Social Security Administration, Acting Commissioner

Case No. 18-cv-278-LM

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 25, 2019, and grant plaintiff's motion to reverse, doc. no. 11, and deny defendant's motion to affirm, doc. no. 13, and remand this case pursuant to sentence four of 42 U.S.C. § 405(g). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                              _____
                                                              Landya B. McCafferty
                                                               Chief Judge

Date: February 13, 2019

cc: Counsel of Record